UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN WAYNE BONILLA, | Case No. 22-cv-05350-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| , | |
| Defendant. | |

Petitioner, a California prisoner on death row, has filed a "motion to vacate judgment," in which he claims to have experienced constitutional violations during his criminal proceedings. Petitioner has a pending petition for a writ of habeas corpus in which he challenges the same state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgments and close the files.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
JEFFREY S. WHITE
United States District Judge