United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>,<br><br>        Defendant. | Case No. 22-cv-05350-JSW<br><br>**JUDGMENT** |

A judgment of dismissal is entered.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
JEFFREY S. WHITE
United States District Judge